**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 24, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20537
c/w No. 02-20598
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

HUGO GARZA GARZA,

                              Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-258-ALL
USDC No. H-00-CR-775-5
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Hugo Garza Garza ("Garza") on

appeal has moved for leave to withdraw as counsel and has filed a

brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).

Garza has filed an untimely response to counsel's motion and

brief.  Our independent review of the record discloses no

non-frivolous issue for appeal.  Accordingly, counsel's motion

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.